**File Hashes for IP Address 24.192.98.225**

**ISP:** WideOpenWest
**Physical Location:** Naperville, IL

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 02/25/2013 21:46:02 | EFCF4E9995C159A9F41A793C7F26EBC244CD30FC | Connie True Love |
| 02/25/2013 19:52:15 | 7376B16D5E78C06B5C6A1C06B7953E57081BEBDE | Lovers in Paradise |
| 02/25/2013 14:59:32 | F8C806DF92D3B1CDD3003B1D9CC43826876F373B | Ready for Bed |
| 02/25/2013 14:14:47 | 91B9F715D4085C17F172206D841A9317E3ED5EAD | Afternoon Snack |
| 02/05/2013 18:07:33 | FB531EA74B301D530A914DD3FDCA794A87021ADA | Come To My Window |
| 02/05/2013 18:01:53 | DA083837694254CAEBB8A385CF25788EBD6462A7 | Pure Grace |
| 02/05/2013 17:15:38 | A3DA3125628DCF630952456457543ECAEDA8BA31 | Transcendence |
| 02/05/2013 16:53:52 | 62C56C1B8F6098482186B20435CF8E76BC97A474 | Good Vibrations |
| 02/05/2013 16:31:04 | 2DF33D524667AAA8A883294C4A5A54726DAEE804 | Wet Dream |
| 02/05/2013 16:30:42 | C72787BA641ADDFD820C1E7169D36A8F3614D482 | Grace Angelic |
| 02/05/2013 16:25:46 | 24F56052A78348739C7829F66765D4D1C8CB42C4 | Pink Orgasm |
| 02/05/2013 16:10:33 | D30509EB71835F47A88750CE988D9E4B97D6D036 | Positively In Love |
| 02/05/2013 15:51:06 | 8091D1F561F388E3133B00FE780EDC2B6E7EDB67 | Morning Tryst |
| 01/16/2013 16:47:35 | FE4E6210D90AEE8DC59311BC993C9A4C243605A5 | Want You |
| 01/11/2013 16:28:13 | 9C9A726B910173C5832A29A3DD6BDFAF64661221 | Warm Inside |
| 01/11/2013 16:07:30 | 9BC696CD67249F7771E8792BEDFEEBB1A316283F | Veronica Wet Orgasm |
| 01/04/2013 13:18:26 | 6FB79AF9166C80D39FE01ED6EDBEC52C754B1545 | Together Again |
| 12/26/2012 19:33:36 | F8F8271D46398DC5D4C2B899710BBF117FD2D4A2 | A Girls Fantasy |
| 12/26/2012 18:50:19 | C8DE604F910E553F8712C04F027DAB71FB9CABF4 | Sent from Heaven |
| 12/26/2012 18:39:44 | 5C794A7AD45A84615DBA0E9F48DE8192D793D3C2 | Naughty and Nice |
| 12/21/2012 19:28:07 | E539B58C0992C2D305D533E88F6F15B3E4C543D0 | A Love Story |
| 12/14/2012 18:24:14 | 544EDC12170CE5BA61AE658FF49F00ACD0EFE628 | Miss Me Not |
| 12/14/2012 18:17:48 | A7EAF90F9B7A2249EFF65B64C8F170B56DBC442C | Unforgettable View #2 |

EXHIBIT A

NIL57

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/12/2012 18:01:54 | 212B1F33CDCE38866240D2FEC4A802FEF3C8663A | Then They Were Three |
| 12/12/2012 17:58:01 | 28AEC3B3B4BF4C5F16B68AA3CA1E5F99ADFF664B | Inside Perfection |
| 12/08/2012 05:06:31 | 0EDCDBEB087FED9AE9B234272005D1E224F606A9 | Waterfall Emotions |
| 12/01/2012 11:37:53 | 3570C36C4ACD0BCA930BE035729C61833904FA96 | Prelude to Passion |
| 11/30/2012 20:36:31 | C8DF824A2AA5B7F52A09716D4C1A687FE4EA922B | Introducing Angelica |
| 11/26/2012 00:20:42 | 2D944FBF51FCFD4184A742CC675EFF5DEE9E7B40 | Heart and Soul |
| 11/25/2012 15:54:47 | 9830D15B5D1BC23579ABD22B39A2BF5E6C941628 | Photo Fantasy |
| 11/25/2012 15:53:12 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | Tiffany Sex with a Supermodel |
| 11/25/2012 15:46:33 | 9A9EA83B6C5CF28053CA7CDAF94A0D259BC620DE | The Rich Girl Part #1 |
| 11/25/2012 15:44:25 | 93C017103EA376147D84C41CDB782D7DDA4CB267 | Show You My Love |
| 11/25/2012 15:42:51 | C3A7DECF78F2B2BAEB4C101F16D7373CF22C198F | Faye Prelude to an Orgy |
| 11/25/2012 15:42:41 | C4ECA237B0325ADAD9CEACF45D0EEEB888E8E37D | The Masseuse |
| 11/25/2012 15:22:22 | F87705182E5524E0FA18720AE6A56F586DB42223 | Angie VIP Lounge |
| 11/11/2012 17:22:10 | AC94A2D8DC09FCA7FD4873BE84CBFC3CBF4095B8 | Soul Mates |
| 11/06/2012 21:25:09 | 3DA5344A0E67A6B950F8419A3D21906DA1EFEC1E | Little Lover |
| 11/06/2012 21:19:06 | C9255BEF6851F39C0879F3C65DC851CE9ADCA38F | Like The First Time |
| 11/06/2012 21:18:20 | EE7DC112CE480DC914957AC65A313AE3DEE3E64D | First Love |
| 11/06/2012 20:15:53 | 105836585C70AE3B3A65C32384F5CF57CA0F228C | Flexible Beauty |
| 11/06/2012 19:02:51 | 4706491E8D3A2D21A3BCCC444F08E25E3D93B926 | Fucking Perfection |
| 11/01/2012 13:29:05 | E6294783973F73A65725A7646BD3040EFB35C790 | Leila Sex on the Beach |
| 11/01/2012 13:27:19 | 417D14B60BA217366404117090E2971CFB464423 | Perfect Lovers |
| 06/16/2012 12:45:17 | 661F6B7C4BB43CFDCF04B5F2922162C481DCB878 | California Dreams |

**Total Statutory Claims Against Defendant: 45**

EXHIBIT A

NIL57